**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| MONROE BANK, | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) )   Cause No. 1:10-cv-923-WTL-MJD |
| STATE FARM FILE AND CASUALTY COMPANY, | ) ) ) ) |
|       Defendant. | ) ) |

## ENTRY ON MOTION FOR RECONSIDERATION

Before the Court is the Defendant's Motion for Reconsideration (Docket No. 22). This motion is fully briefed, and the Court, being duly advised, now **DENIES** the motion for the reasons set forth below.

The gist of the Defendant's argument in favor of reconsideration is that the Court "erroneously determined that Monroe Bank, as a loss payee, is a third party beneficiary of the insurance contract between State Farm and the Rollinses, with standing to bring this action in its own name." Docket No. 23 at 3. In support of its position, the Defendant cites *Property Owners Insurance Co. v. Hack*, 55 N.E.2d 396 (Ind. Ct. App. 1990), *Cain v. Griffin*, 849 N.E.2d 507 (Ind. 2006), as well as two Illinois state court decisions. Having reviewed all of the Defendant's cited authority, the Court is not convinced that its previous ruling is erroneous. Accordingly, the Defendant's motion to reconsider is **DENIED**.

The Defendant also argues that certification to either the Indiana Supreme Court or the Seventh Circuit Court of Appeals is warranted. However, because the Court does not believe that there is a conflict of law, the Court declines to certify a question or issue to either court.

For the foregoing reasons, the Defendant's Motion for Reconsideration or in the Alternative for Certification (Docket No. 22) is **DENIED**.

SO ORDERED: January 19, 2011

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Dennis F. Cantrell
Cantrell, Strenski & Mehringer, LLP
dcantrell@csmlawfirm.com

Margaret M. Christensen
Bingham McHale, LLP
mchristensen@binghammchale.com

Sarah Stites Fanzini
Hopper Blackwell, P.C.
sfanzini@hopperblackwell.com

Christopher Charles Hagenow
Hopper Blackwell, P.C.
chagenow@hopperblackwell.com

Karl L. Mulvaney
Bingham McHale, LLP
kmulvaney@binghammchale.com

Tara Stapleton Lutes
Cantrell, Strenski & Mehringer, LLP
tlutes@csmlawfirm.com